MAYER BROWN LLP
Carmine R. Zarlenga (D.C. Bar No. 286244)
czarlenga@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

MAYER BROWN LLP
Dale J. Giali (Cal. Bar No. 150382)
dgiali@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
DREYER'S GRAND ICE CREAM, INC.

MANDATORY CHAMBERS COPY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYE ASTIANA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DREYER'S GRAND ICE CREAM, INC.,<br><br>Defendant.<br>_____<br><br>PAMELA RUTLEDGE-MUHS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DREYER'S GRAND ICE CREAM, INC.,<br><br>Defendant.<br>_____ | Case No. C11-02910 EMC<br>consolidated with<br>Case No. C11-3164 EMC<br><br>[proposed]<br><br>**ORDER RE FILING OF AN AMENDED COMPLAINT AND RESPONSE TO SAME**<br><br>Date: March 23, 2012<br>Time: 11:30 a.m.<br>Dept.: Courtroom 5, 17th Floor |

ORDER RE AMENDED COMPLAINT AND RESPONSE
Case No. C11-02910

701362901.1

Having received and reviewed the parties' March 16, 2012 joint report, having heard from counsel at the March 23, 2012 case management conference, and good cause appearing, it is hereby **ORDERED** that:

1. Plaintiffs shall file their amended, consolidated complaint by March 30, 2012. The amended complaint will include, among other claims, a claim for damages under California's Consumers Legal Remedies Act ("CLRA"). Simultaneously, plaintiffs will serve a supplemental CLRA demand letter. Defendant Dreyer's Grand Ice Cream, Inc. will not challenge the supplemental CLRA demand letter or the amended claim for damages under the CLRA on the grounds that the supplemental demand letter was not served 30 days prior to the filing/service of the amended complaint pursuant to Cal. Civil Code § 1782(a). Dreyer's otherwise retains any and all objections, arguments and defenses it may have with respect to any CLRA demand letter relating to this action, as well as with respect to any claims for damages under the CLRA.

2. Dreyer's shall respond to the consolidated amended complaint by May 1, 2012. If Dreyer's responds by motion, plaintiffs shall file opposition to the motion by June 1, 2012. Dreyer's shall file a reply in support of the motion by June 15, 2012.

3. The motion shall be noticed for hearing on June 29, 2012.

4. The parties may serve written discovery. Responses to any written discovery, however, shall be due no earlier than four weeks from the date Dreyer's answers the operative complaint. Until a complaint survives a motion to dismiss fully intact, or Dreyer's otherwise decides to answer the then-operative complaint, the parties shall not be required to engage in the Rule 26 early meeting of counsel or disclosures and may not notice or engage in deposition discovery. Once a complaint is set in this action and not subject to further motion to dismiss, a continued case management conference will be set for a date approximately 30 days thereafter, and the provisions of Rules 26 and 16 shall apply (e.g., early meeting of counsel, joint report to the Court,

1 | initial disclosures, etc.) as if the to-be-set continued case management conference is the
2 | initial case management conference. Further CMC set @ 7/27/12 at 10:30 am.
3 | CMC statement filed by 7/20/12
3 | **IT IS SO ORDERED**.

Dated: March 23, 2012

_____
Judge Edward M. Chen

-2-
ORDER RE AMENDED COMPLAINT AND RESPONSE
Case No. C11-02910