| | |
|---|---|
| Janet Lindner Spielberg (SBN 221926) **LAW OFFICES OF JANET LINDNER SPIELBERG** 12400 Wilshire Boulevard, Suite 400 Los Angeles, California 90025 Allegheny Building, 17th Floor Tel: (310) 392-8801 Fax: (310) 278-5938 Email: jlspielberg@jlslp.com | Joseph N. Kravec, Jr. (admitted *pro hac vice*) Wyatt Lison (admitted *pro hac vice*) Maureen Davidson-Welling (*pro hac vice*) **STEMBER FEINSTEIN DOYLE PAYNE & KRAVEC, LLC** 429 Forbes Avenue Pittsburgh, PA 15219 Tel: (412) 281-8400 Fax: (412) 281-1007 Email: jkravec@stemberfeinstein.com Email: wlison@stemberfeinstein.com Email: mdavidsonwelling@stemberfeinstein.com |
| Michael D. Braun (SBN 167416) **BRAUN LAW GROUP, P.C.** Los Angeles, California 90064 Tel: (310) 836-6000 Fax: (310) 836-6010 Email: service@braunlawgroup.com | Nabil Majed Nachawati, II (*pro hac vice*) **FEARS NACHAWATI LAW FIRM** 4925 Greenville Avenue, Suite 715 Dallas, TX 75206 Tel: (214) 890-0711 Fax: (214) 890-0712 Email: mn@fnlawfirm.com |

*PLAINTIFFS' INTERIM CO-LEAD COUNSEL*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SKYE ASTIANA, PAMELA RUTLEDGE-MUHS and JAY WOOLWINE**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**DREYER'S GRAND ICE CREAM, INC.**,<br><br>Defendant. | CASE NO.: 3:11-cv-02910-EMC Consolidated with CASE NO.: 3:11-cv-3164<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JOSEPH N. KRAVEC, JR., IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

I, Joseph N. Kravec, Jr., hereby declare:

1. I am a partner with Stember Feinstein Doyle Payne & Kravec, LLC, and serve as Interim Co-Lead Counsel for Plaintiffs in the above-captioned matter.

2. I am admitted to practice *pro hac vice* before the United States District Court for the Northern District of California in this matter.

3. I make this declaration based on my personal knowledge and if called as a witness I could and would testify competently to the facts stated herein.

4. Attached hereto as Exhibit 1 is a true and correct copy of the label of the product Edy's Rich and Creamy Grand Vanilla Chocolate Ice Cream.

5. Attached hereto as Exhibit 2 is a true and correct copy of the U.S. Food and Drug Administration Advisory Opinion dated February 9, 1983, entitled "Labeling of Ice Cream Products Flavored with Vanilla Docket No. 80A-0209."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 1st day of June, 2012 in Pittsburgh, Pennsylvania.

    s/Joseph N. Kravec, Jr.
    Joseph N. Kravec, Jr.

1

Declaration of Joseph N. Kravec, Jr., in Support of Plaintiffs' Memorandum of Law in Opposition to Motion to Dismiss First Amended Consolidated Complaint; CASE NO.: 3:11-cv-02910-EMC

**PROOF OF SERVICE**

STATE OF PENNSYLVANIA   )
                        ) ss.:
COUNTY OF ALLEGHENY     )

    I am employed in the County of Allegheny, State of Pennsylvania. I am over the age of 18 and not a party to the within action. My business address is 429 Forbes Avenue, Allegheny Building, 17th Floor, Pittsburgh, PA 15219.

    On June 1, 2012, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Joseph N. Kravec, Jr., I filed and served the document(s) described as:

**DECLARATION OF JOSEPH N. KRAVEC, JR. IN SUPPORT OF
PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION
TO MOTION TO DISMISS FIRST AMENDED CONSOLIDATED COMPLAINT**

**[X]   BY ELECTRONIC TRANSMISSION USING THE COURT'S ECF SYSTEM:** I caused the above document(s) to be transmitted by electronic mail to those ECF registered parties listed on the Notice of Electronic Filing (NEF) pursuant to Fed.R.Civ.P. 5(d)(1) and by first class mail to those non-ECF registered parties listed on the Notice of Electronic Filing (NEF). *"A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P. 5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."*

    I declare that I am admitted *pro hac vice* in this action.

    I declare under penalty of perjury under the laws of the United States that the above is true and correct.

    Executed on June 1, 2012, at Pittsburgh, Pennsylvania.

                                                                  s/Joseph N. Kravec, Jr.
                                                                    Joseph N. Kravec, Jr.

Declaration of Joseph N. Kravec, Jr., in Support of Plaintiffs' Memorandum of Law in Opposition to Motion to Dismiss First Amended Consolidated Complaint; CASE NO.: 3:11-cv-02910-EMC