# EXHIBIT 1

Edy's
RICH & CREAMY
GRAND
ICE CREAM
Parlor Promise
SINCE 1928
1928, ice cream maker William Dreyer and candy maker
Joseph Edy opened a neighborhood ice cream parlor
From this start as a small parlor in California, we've
stopped making the richest and creamiest ice cream.
You're about to enjoy the EDY'S® Grand Ice Cream
and love, now made with natural ingredients.
IS MADE USING A COCOA DUTCHING
FOR A SMOOTH, FULL FLAVOR.
Quality Since 1928 Guaranteed
Connect
please save
your purchase.
www.edys.com
COMPASS™
The Natural List
INGREDIENTS FROM NATURAL SOURCES.
SKIM MILK • CREAM • SUGAR • CORN SYRUP • WHEY • MOLASSES • ACACIA GUM • GUAR GUM • CAROB BEAN GUM • CARRAGEENAN • XANTHAN GUM • NATURAL FLAVORS (WITH VANILLA EXTRACT) • ANNATTO COLOR
* refer to The Natural List on the back
1.5 QTS











