1  MAYER BROWN LLP
   Carmine R. Zarlenga (D.C. Bar No. 286244)
2  czarlenga@mayerbrown.com
   1999 K Street, N.W.
3  Washington, D.C. 20006-1101
   Telephone: (202) 263-3000
4  Facsimile: (202) 263-3300

5  MAYER BROWN LLP
   Dale J. Giali  (Cal. Bar No. 150382)
6  dgiali@mayerbrown.com
   350 South Grand Avenue
7  25th Floor
   Los Angeles, CA  90071-1503
8  Telephone:   (213) 229-9500
   Facsimile:    (213) 625-0248

9  Attorneys for Defendant
10 DREYER'S GRAND ICE CREAM, INC.

11
12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14               SAN FRANCISCO DIVISION

15 SKYE ASTIANA, PAMELA            )  Case No. C11-02910 EMC
   RUTLEDGE-MUHS, et al.,          )  consolidated with
16                                 )  Case No. C11-3164 EMC
          Plaintiffs,              )
17                                 )  STIPULATION AND [proposed]
       vs.                         )  ORDER (1) FURTHER CONTINUING
18                                 )  CLASS CERTIFICATION BRIEFING
   DREYER'S GRAND ICE CREAM, INC., )  SCHEDULE, (2) FURTHER
19                                 )  CONTINUING THE JUNE 6, 2013
          Defendant.               )  HEARING ON THE CLASS
20                                 )  CERTIFICATION MOTION, (3)
                                   )  CONTINUING THE JUNE 6, 2013
21 _____  )  CASE MANAGEMENT
                                      CONFERENCE, AND (4)
22                                    DISMISSING ALL CLAIMS BY
                                      NAMED PLAINTIFF JAY
23                                    WOOLWINE AGAINST DREYER'S
                                      WITHOUT PREJUDICE AND
24                                    REMOVING HIM AS A PUTATIVE
                                      CLASS REPRESENTATIVE
25

26

27

28

                         STIPULATION AND ORDER
                          Case No. C11-02910

701023689.1

1    Plaintiffs Skye Astiana, Pamela Rutledge-Muhs and Jay Woolwine, and

2  defendant Dreyer's Grand Ice Cream, Inc., by and through their respective counsel of

3  record and pursuant to Fed. R. Civ. P. 41 and Local Rules 6-2 and 7-12, enter into the

4  following stipulation for an order (1) further continuing the class certification briefing

5  schedule, (2) further continuing the June 6, 2013 hearing on the class certification

6  motion, (3) continuing the June 6, 2013 case management conference, and (4)

7  dismissing all claims by named plaintiff Jay Woolwine without prejudice and removing

8  him as a putative class representative in this action:

9    WHEREAS, on June 14, 2011, plaintiff Astiana filed her initial complaint (Dkt.

10  #1);

11    WHEREAS, on June 27, 2011, plaintiffs Rutledge-Muhs and Woolwine filed

12  their initial complaint (Dkt. # 1 in Case No. C11-3164 EMC);

13    WHEREAS, on August 18, 2011, the two complaints were deemed "related" and

14  *Rutledge-Muhs* was re-assigned to this department (Dkt. #17);

15    WHEREAS, on September 30, 2011, the Court consolidated the two cases for all

16  purposes, designating the *Astiana* complaint as the single active complaint and relieving

17  Dreyer's from any obligation to respond to the *Rutledge-Muhs* complaint (Dkt. #27);

18    WHEREAS, on November 30, 2011, the parties engaged in a full day mediation

19  session in New York, New York, before David Geronemus of JAMS, and while the

20  parties were unable to settle the matter during the first day of mediation, sufficient

21  progress was made that the parties believed a second day of mediation was appropriate

22  and warranted;

23    WHEREAS, on March 8, 2012, the parties engaged in a full day mediation

24  session in San Francisco, before David Rotman of Gregorio, Haldeman & Rotman, and

25  while the parties were unable to settle the matter during the second day of mediation,

26  they agreed to consider re-initiating mediation at a later date;

27

28

701023689.1

WHEREAS, on July 31, 2012, a case management conference was held, and subsequently on August 2, 2012, the Court entered a class certification motion schedule (Dkt. #55), providing that Plaintiffs' motion for class certification was to be filed on January 25, 2013, and setting a briefing schedule and hearing on the motion for class certification;

WHEREAS, on November 16, 2012, the Court *sua sponte* reset the date for the hearing on the class certification motion to June 6, 2013, and modified the due date for the reply brief (Dkt. #70);

WHEREAS, on December 12, 2012 (based on the parties' stipulation (Dkt. #71)), the Court reset the last day to file a motion for class certification to March 1, 2013 and modified the briefing schedule, but retained the June 6, 2013 hearing date;

WHEREAS, at the February 8, 2013 further case management conference, the Court set a further case management conference for June 6, 2013 (the same day as the scheduled hearing on the motion for class certification) (Dkt. #74);

WHEREAS, the parties are currently engaged in discussions about whether to reinitiate mediation and specifically whether Dreyer's will make plaintiffs a settlement counter-offer in advance of a third day of mediation;

WHEREAS, the parties desire a three-week period of time to consider these issues, including whether to schedule a third day of mediation, and believe it most efficient for Court and party resources to do so without also having to simultaneously litigate the action;

WHEREAS, to effectuate the three-week period without simultaneously having to litigate the action, the parties desire to continue for three week the class certification briefing schedule, the class certification hearing date, and the further case management conference;

WHEREAS, the Court has not set any other outstanding deadlines in this action;

701023689.1

WHEREAS, named plaintiff Jay Woolwine recently has indicated his desire to dismiss without prejudice all of his claims against Dreyer's and to withdraw as a named plaintiff; and

WHEREAS, Dreyer's is agreeable to such dismissal and withdrawal, including that neither side will seek costs against the other.

NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY STIPULATED by and between the parties, subject to approval by the Court, that:

1.     The last day to file a motion for class certification is March 22, 2013 (continued from March 1, 2013);

2.     The last day to oppose the motion for class certification is May 3, 2013 (continued from April 12, 2013);

3.     The last day to file a reply in support of the motion for class certification is June 13, 2013 (continued from May 23, 2013);

4.     The hearing on the motion for class certification is continued to ~~June 27~~, July 11, 2013 at 1:30 p.m. (from June 6, 2013);

5.     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(2), all of named plaintiff Jay Woolwine's claims against defendant Dreyer's Grand Ice Cream, Inc. in this consolidated action are dismissed without prejudice, Mr. Woolwine will not be required to appear for deposition in this action, and Dreyer's and Mr. Woolwine shall not seek costs of suit from the other; and

//

//

//

//

//

//

-3-

STIPULATION AND ORDER
Case No. C11-02910

701023689.1

1    6.    Nothing stated herein shall prevent the parties, or one of them, from

2    seeking an order further extending the dates set out above.

3    Dated:  February 21, 2013        LAW OFFICES OF JANET LINDNER SPIELBERG

4

5                                    By:_____/s/ *Janet Lindner Spielberg*_____

6                                    Janet Lindner Spielberg, Co-Lead Attorney for
                                     PLAINTIFFS

7    Dated:  February 21, 2013        BRAUN LAW GROUP, P.C.

8

9                                    By:_____/s/ *Michael D. Braun*_____

10                                   Michael D. Braun, Co-Lead Attorney for
                                     PLAINTIFFS

11

12   Dated:  February 21, 2013        STEMBER FEINSTEIN DOYLE PAYNE & KRAVEC

13

14                                   By:_____/s/ *Joseph N. Kravec, Jr.*_____

15                                   Joseph N. Kravec, Co-Lead Attorney for
                                     PLAINTIFFS

16   Dated:  February 21, 2013        FEARS NACHAWATI LAW FIRM

17

18                                   By:_____/s/ *Nabil Majed Nachawati*_____

19                                   Nabil Majed Nachawati, Co-Lead Attorney for
                                     PLAINTIFFS

20   Dated:  February 21, 2013        MAYER BROWN LLP

21

22                                   By:_____/s/ *Dale J. Giali*_____

23                                   Dale J. Giali, Attorneys for DEFENDANT

24   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**    The hearing on motion for class
                                                       certification is continued to
25                                                     July 11, 2013 at 1:30 p.m.

26   Dated:  February ___, 2013
                        27

27                                   Hon. Edward _____ U.S. District Judge

28

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

701023689.1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2013, I caused the foregoing **STIPULATION AND [proposed] ORDER (1) FURTHER CONTINUING CLASS CERTIFICATION BRIEFING SCHEDULE, (2) further CONTINUING THE JUNE 6, 2013 HEARING ON THE CLASS CERTIFICATION MOTION, (3) CONTINUING THE JUNE 6, 2013 CASE MANAGEMENT CONFERENCE, AND (4) DISMISSING ALL CLAIMS BY NAMED PLAINTIFF JAY WOOLWINE AGAINST DREYER'S WITHOUT PREJUDICE AND REMOVING HIM AS A PUTATIVE CLASS REPRESENTATIVE** to be electronically filed with the Clerk of the Court. I understand that the Court will provide electronic notification of and access to such filing to the counsel of record in this matter who are registered on the CM/ECF.


Dated:  February 21, 2013                    MAYER BROWN LLP


                                             By:_____/s/ *Dale J. Giali*_____
                                                      Dale J. Giali
                                             Attorneys for Defendant
                                             DREYER'S GRAND ICE CREAM, INC.

-5-
STIPULATION AND ORDER
Case No. C11-02910

701023689.1