1
2
3
4

MAYER BROWN LLP
Carmine R. Zarlenga (D.C. Bar No. 286244)
czarlenga@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

5
6
7
8

MAYER BROWN LLP
Dale J. Giali  (Cal. Bar No. 150382)
dgiali@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA  90071-1503
Telephone:   (213) 229-9500
Facsimile:    (213) 625-0248

9
10

Attorneys for Defendant
DREYER'S GRAND ICE CREAM, INC.

11
12
13
14

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| SKYE ASTIANA, PAMELA RUTLEDGE-MUHS, *et al.*,<br><br>            Plaintiffs,<br><br>      vs.<br><br>DREYER'S GRAND ICE CREAM, INC.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. C11-02910 EMC<br>consolidated with<br>Case No. C11-3164 EMC<br><br>**STIPULATION AND [proposed] ORDER:**<br><br>**(1) FURTHER CONTINUING CLASS CERTIFICATION BRIEFING SCHEDULE;**<br><br>**(2) FURTHER CONTINUING THE JULY 11, 2013 HEARING ON THE CLASS CERTIFICATION MOTION; and**<br><br>**(3) CONTINUING THE JULY 11, 2013 CASE MANAGEMENT CONFERENCE** |

STIPULATION AND ORDER
Case No. C11-02910

705458246.1

1    Plaintiffs Skye Astiana and Pamela Rutledge-Muhs, and defendant Dreyer's

2  Grand Ice Cream, Inc., by and through their respective counsel of record and pursuant to

3  Local Rules 6-2 and 7-12, enter into the following stipulation for an order (1) further

4  continuing the class certification briefing schedule, (2) further continuing the July 11,

5  2013 hearing on the class certification motion, and (3) continuing the July 11, 2013 case

6  management conference:

7    WHEREAS, on February 27, 2013, and pursuant to stipulation of the parties (Dkt.

8  #75), the Court issued an Order continuing the class certification briefing schedule,

9  continuing the hearing on the class certification motion to July 11, 2013, and continuing

10 the further case management conference to July 11, 2013 (*see* Dkt. #76 & additional

11 February 27, 2013 docket entry), to allow the parties to meet and confer regarding

12 further settlement proceedings in the case;

13    WHEREAS, the parties have engaged in further meet and confer sessions, which

14 sessions have resulted in the parties scheduling a further mediation session to take place

15 on March 18, 2013 in Los Angeles, California, before the Hon. Peter Lichtman (Ret.,

16 Los Angeles Superior Court); and

17    WHEREAS, the parties desire a short standstill of litigation activities, and an

18 additional 30-day extension to the class certification motion schedule and further case

19 management conference date, to preserve Court and party resources while the parties

20 meet with Judge Lichtman;

21    NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS

22 HEREBY STIPULATED by and between the parties, subject to approval by the Court,

23 that:

24    1.    The parties will "stand down" on all litigation activities until April 1, 2013;

25    2.    The last day to file a motion for class certification is April 22, 2013

26 (continued from March 22, 2013);

27

28

705458246.1

1        3.     The last day to oppose the motion for class certification is June 3, 2013

2 (continued from May 3, 2013);

3        4.     The last day to file a reply in support of the motion for class certification is

4 July 12, 2013 (continued from June 13, 2013);

5        5.     The hearing on the motion for class certification is continued to August 15,

6 2013 at 1:30 p.m. (from July 11, 2013);

7        6.     The further case management conference is continued to ~~August 15, 2013~~

8 at 1:30 p.m. (from July 11, 2013); and       September 12, 2013

9     //

10    //

11    //

12    //

13    //

14    //

15    //

16    //

17    //

18    //

19    //

20    //

21    //

22    //

23    //

24    //

25    //

26    //

27    //

28

STIPULATION AND ORDER
Case No. C11-02910

705458246.1

1      7.      Nothing stated herein shall prevent the parties, or one of them, from

2  seeking an order further extending the dates set out above.

3  Dated:  March 11, 2013        LAW OFFICES OF JANET LINDNER SPIELBERG

4                                          By:_____/s/ *Janet Lindner Spielberg*_____

5                                          Janet Lindner Spielberg, Co-Lead Attorney for
                                            PLAINTIFFS

6  Dated:  March 11, 2013        BRAUN LAW GROUP, P.C.

7                                          By:_____/s/ *Michael D. Braun*_____

8                                          Michael D. Braun, Co-Lead Attorney for
                                            PLAINTIFFS

9

10  Dated:  March 11, 2013        STEMBER FEINSTEIN DOYLE PAYNE & KRAVEC

11                                          By:_____/s/ *Joseph N. Kravec, Jr.*_____

12                                          Joseph N. Kravec, Co-Lead Attorney for
                                            PLAINTIFFS

13  Dated:  March 11, 2013        FEARS NACHAWATI LAW FIRM

14                                          By:_____/s/ *Nabil Majed Nachawati*_____

15                                          Nabil Majed Nachawati, Co-Lead Attorney for
                                            PLAINTIFFS

16  Dated:  March 11, 2013        MAYER BROWN LLP

17                                          By:_____/s/ *Dale J. Giali*_____

18                                          Dale J. Giali, Attorneys for DEFENDANT

19

20  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**      (as modified on p.
                                                                          2, line 7)
21

22

23

24  Dated:  March __11_, 2013      _____  U.S. District Judge

25

26

27

28

-3-
STIPULATION AND ORDER
Case No. C11-02910
705458246.1

1

## CERTIFICATE OF SERVICE

2

3

I hereby certify that on March 11, 2013, I caused the foregoing **STIPULATION AND [proposed] ORDER: (1) FURTHER CONTINUING CLASS CERTIFICATION BRIEFING SCHEDULE; (2) FURTHER CONTINUING THE JULY 11, 2013 HEARING ON THE CLASS CERTIFICATION MOTION; and (3) CONTINUING THE JULY 11, 2013 CASE MANAGEMENT CONFERENCE** to be electronically filed with the Clerk of the Court. I understand that the Court will provide electronic notification of and access to such filing to the counsel of record in this matter who are registered on the CM/ECF.

4

5

6

7

8

9

10

11

Dated: March 11, 2013                    MAYER BROWN LLP

12

13

By:_____ /s/ *Dale J. Giali*_____

14

Dale J. Giali
Attorneys for Defendant
DREYER'S GRAND ICE CREAM, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

705458246.1