Janet Lindner Spielberg (SBN 221926)
**LAW OFFICES OF JANET LINDNER SPIELBERG**
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Tel: (310) 392-8801
Fax: (310) 278-5938
Email: jlspielberg@jlslp.com

Michael D. Braun (SBN 167416)
**BRAUN LAW GROUP, P.C.**
10680 W. Pico Blvd., Suite 280
Los Angeles, California 90064
Tel: (310) 836-6000
Fax: (310) 836-6010
Email: service@braunlawgroup.com

Joseph N. Kravec, Jr. (admitted *pro hac vice*)
Wyatt Lison (admitted *pro hac vice*)
Maureen Davidson-Welling (*pro hac vice*)
**STEMBER FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA 15219
Tel: (412) 281-8400
Fax: (412) 281-1007
Email: jkravec@stemberfeinstein.com
Email: wlison@stemberfeinstein.com
Email:mdavidsonwelling@stemberfeinstein.com

Nabil Majed Nachawati, II (*pro hac vice*)
**FEARS NACHAWATI LAW FIRM**
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Tel: (214) 890-0711
Fax: (214) 890-0712
Email: mn@fnlawfirm.com

ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SKYE ASTIANA, PAMELA RUTLEDGE-MUHS, *et al*.,

Plaintiffs,

vs.

DREYER'S GRAND ICE CREAM, INC.,

Defendant.

Case No. C11-02910 EMC consolidated with Case No. C11-3164 EMC

**STIPULATION AND NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs Skye Astiana and Pamela Rutledge-Muhs, and defendant Dreyer's Grand Ice Cream, Inc., representing all parties that appeared in this action, hereby stipulate to dismissal of this action with prejudice.[1]

Dated: April 20, 2013 LAW OFFICES OF JANET LINDNER SPIELBERG

By: /s/ *Janet Lindner Spielberg*
Janet Lindner Spielberg, Co-Lead Attorney for PLAINTIFFS

Dated: April 20, 2013 BRAUN LAW GROUP, P.C.

By: /s/ *Michael D. Braun*
Michael D. Braun, Co-Lead Attorney for PLAINTIFFS

Dated: April 20, 2013 STEMBER FEINSTEIN DOYLE PAYNE & KRAVEC, LLC

By: /s/ *Joseph N. Kravec, Jr.*
Joseph N. Kravec, Co-Lead Attorney for PLAINTIFFS

Dated: April 20, 2013 FEARS NACHAWATI LAW FIRM

By: /s/ *Nabil Majed Nachawati*
Nabil Majed Nachawati, Co-Lead Attorney for PLAINTIFFS

Dated: April 20, 2013 MAYER BROWN LLP

By: /s/ *Dale J. Giali*
Dale J. Giali, Attorneys for DEFENDANT

---

[1] The dismissal is effective upon filing. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Garber v. Chicago Merchantile Exch*., 570 F.3d 1361, 1366 (Fed. Cir. 2009); *McCall-Bey v. Franzen*, 777 F.2d 1178, 1185 (7th Cir. 1985).

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2013, I caused the foregoing **STIPULATION AND NOTICE OF DISMISSAL** to be electronically filed with the Clerk of the Court. I understand that the Court will provide electronic notification of and access to such filing to the counsel of record in this matter who are registered on the CM/ECF.

Dated: April 20, 2013

MAYER BROWN LLP

By: /s/ *Dale J. Giali*
Dale J. Giali
Attorneys for Defendant
DREYER'S GRAND ICE CREAM, INC.