Janet Lindner Spielberg (SBN 221926)
**LAW OFFICES OF JANET
  LINDNER SPIELBERG**
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Tel: (310) 392-8801
Fax: (310) 278-5938
Email: jlspielberg@jlslp.com

Michael D. Braun (SBN 167416)
**BRAUN LAW GROUP, P.C.**
10680 W. Pico Blvd., Suite 280
Los Angeles, California 90064
Tel: (310) 836-6000
Fax: (310) 836-6010
Email: service@braunlawgroup.com

Joseph N. Kravec, Jr. (admitted *pro hac vice*)
Wyatt Lison (admitted *pro hac vice*)
Maureen Davidson-Welling (*pro hac vice*)
**STEMBER FEINSTEIN DOYLE
  PAYNE & KRAVEC, LLC**
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA  15219
Tel: (412) 281-8400
Fax: (412) 281-1007
Email: jkravec@stemberfeinstein.com
Email: wlison@stemberfeinstein.com
Email: mdavidsonwelling@stemberfeinstein.com

Nabil Majed Nachawati, II (*pro hac vice*)
**FEARS NACHAWATI LAW FIRM**
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Tel: (214) 890-0711
Fax: (214) 890-0712
Email: mn@fnlawfirm.com

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYE ASTIANA, PAMELA RUTLEDGE-MUHS, *et al*.,<br><br>Plaintiffs,<br><br>vs.<br><br>DREYER'S GRAND ICE CREAM, INC.,<br><br>Defendant. | Case No. C11-02910 EMC<br>consolidated with<br>Case No. C11-3164 EMC<br><br>**STIPULATION AND NOTICE OF DISMISSAL**  ; ORDER |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs Skye Astiana and Pamela Rutledge-Muhs, and defendant Dreyer's Grand Ice Cream, Inc., representing all parties that appeared in this action, hereby stipulate to dismissal of this action with prejudice.[1]

Dated: April 20, 2013    LAW OFFICES OF JANET LINDNER SPIELBERG

By:    /s/ *Janet Lindner Spielberg*
Janet Lindner Spielberg, Co-Lead Attorney for
PLAINTIFFS

Dated: April 20, 2013    BRAUN LAW GROUP, P.C.

By:    /s/ *Michael D. Braun*
Michael D. Braun, Co-Lead Attorney for
PLAINTIFFS

Dated: April 20, 2013    STEMBER FEINSTEIN DOYLE PAYNE & KRAVEC, LLC

By:    /s/ *Joseph N. Kravec, Jr.*
Joseph N. Kravec, Co-Lead Attorney for
PLAINTIFFS

Dated: April 20, 2013    FEARS NACHAWATI LAW FIRM

By:    /s/ *Nabil Majed Nachawati*
Nabil Majed Nachawati, Co-Lead Attorney for
PLAINTIFFS

Dated: April 20, 2013    MAYER BROWN LLP

By:    /s/ *Dale J. Giali*
Dale J. Giali, Attorneys for DEFENDANT

---

[1] The dismissal is effective upon filing. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Garber v. Chicago Merchantile Exch.*, 570 F.3d 1361, 1366 (Fed. Cir. 2009); *McCall-Bey v. Franzen*, 777 F.2d 1178, 1185 (7th Cir. 1985).

# CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2013, I caused the foregoing **STIPULATION AND NOTICE OF DISMISSAL** to be electronically filed with the Clerk of the Court. I understand that the Court will provide electronic notification of and access to such filing to the counsel of record in this matter who are registered on the CM/ECF.

Dated: April 20, 2013                MAYER BROWN LLP


                                     By:       /s/ *Dale J. Giali*
                                             Dale J. Giali
                                     Attorneys for Defendant
                                     DREYER'S GRAND ICE CREAM, INC.


IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

-2-
STIPULATION AND ORDER
Case No. C11-02910